# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re: §
 §
 §
TRAVEL-EASE, INC § Case No. 15-50092
 §
 §
 Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RANDOLPH N. OSHEROW, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 164,647.13 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 35,354.96 | |

3) Total gross receipts of $ 575,002.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 375,000.00 (see **Exhibit 2**), yielded net receipts of $ 200,002.09 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 35,354.96 | 35,354.96 | 35,354.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 515,955.21 | 1,667,844.68 | 950,010.78 | 164,647.13 |
| **TOTAL DISBURSEMENTS** | $ 515,955.21 | $ 1,703,199.64 | $ 985,365.74 | $ 200,002.09 |

4) This case was originally filed under chapter 7 on 01/05/2015 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2017            By:/s/RANDOLPH N. OSHEROW
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 75,000.00 |
| UNITED STATES TREASURY | 1224-000 | 2.09 |
| Other Litigation/Settlements | 1249-000 | 375,000.00 |
| claim in state court action D-1-GN-15-002264 | 1249-000 | 125,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 575,002.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ALAMO STAFF LEASING, INC. | Non-Estate Funds Paid to Third Parties | 8500-000 | 125,000.00 |
| PSM PLUS, INC. | Non-Estate Funds Paid to Third Parties | 8500-000 | 125,000.00 |
| TEXAS DIVERSIFICATION WORKFORCE, INC. | Non-Estate Funds Paid to Third Parties | 8500-000 | 125,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 375,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RANDOLPH N. OSHEROW | 2100-000 | NA | 13,250.10 | 13,250.10 | 13,250.10 |
| RANDOLPH N. OSHEROW | 2200-000 | NA | 380.83 | 380.83 | 380.83 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 79.70 | 79.70 | 79.70 |
| BANK OF KANSAS CITY | 2600-000 | NA | 2,144.33 | 2,144.33 | 2,144.33 |
| JANET RAKOWITZ | 3410-000 | NA | 750.00 | 750.00 | 750.00 |
| THOMAS L. KOLKER | 3991-000 | NA | 18,750.00 | 18,750.00 | 18,750.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 35,354.96 | $ 35,354.96 | $ 35,354.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dan Price Stone Loughlin & Swanson, LLP P.O. Box 30111 Austin, TX 78755 | | 0.00 | NA | NA | 0.00 |
| | Thomas L. Kolker Greenstein & Kolker 1006 E. Cesar Chavez St. Austin, TX 78702-4208 | | 0.00 | NA | NA | 0.00 |
| 000003 | TEXAS PROPERTY AND CASUALTY | 7100-000 | NA | 800,878.29 | 800,878.29 | 121,984.56 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | TEXAS PROPERTY AND CASUALTY INSURAN | 7100-000 | 515,955.21 | 717,833.90 | 0.00 | 19,947.68 |
| 000001 | TEXAS WORKFORCE COMMISSION | 7100-000 | NA | 149,132.49 | 149,132.49 | 22,714.89 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 515,955.21 | $ 1,667,844.68 | $ 950,010.78 | $ 164,647.13 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-50092 | CAG | Judge: CRAIG A. GARGOTTA - SAN ANTONIO | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|---|---|
| Case Name: | TRAVEL-EASE, INC | | | Date Filed (f) or Converted (c): | 01/05/15 (f) |
| | | | | 341(a) Meeting Date: | 02/12/15 |
| For Period Ending: 03/10/17 | | | | Claims Bar Date: | 04/24/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Note receivable PSM, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 2. Potential claims against TPCIGA and receiver | Unknown | 0.00 | | 0.00 | FA |
| 3. claim in state court action D-1-GN-15-002264 (u) | 0.00 | 125,000.00 | | 125,000.00 | FA |
| 4. 75k turned over by state court receiver (u) | 0.00 | 0.00 | | 75,000.00 | FA |
| 5. UNITED STATES TREASURY (u) | 0.00 | 2.09 | | 2.09 | FA |

TOTALS (Excluding Unknown Values)   $0.00   $125,002.09   $200,002.09

Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

lead case in consolidated cases 15-50092, 15-50093, 15-50094 , and 15- 51215 //// other than 75k turned over by the receiver ; only asset in all these cases is the pending state court lawsuit in travis county currently doing discovery / dan price is special counsel for the estate. January 09, 2016, 04:00 pm

RE PROP# 1---no value; psm llc is in ch 7 bankruptcy and consolidated with this case
RE PROP# 2---no value
RE PROP# 3---pending claim in travis county against multiple defendants; see docket #16 with
    pleading of original cause of action
RE PROP# 4---these funds were seized by the state court receiver pre-petition and turned over to the
    ch 7 trustee once the chapter 7 bankruptcy was filed
RE PROP# 5---940 REFUND

Initial Projected Date of Final Report (TFR): 12/31/16      Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-50092 -CAG | | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|---|
| Case Name: | TRAVEL-EASE, INC | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******2124  CHECKING ACCOUNTS |
| Taxpayer ID No: | *******4116 | | | |
| For Period Ending: | 03/10/17 | | Blanket Bond (per case limit): | $  0.30 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  02/10/15 | | TEXAS IOLTA TRUST ACCOUNTS GREENSTEIN AND KOLKER TRUSTEE | RECEIVERSHIP TRUST ACCT. | 1129-000 | 75,000.00 | | 75,000.00 |
| C  02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 55.37 | 74,944.63 |
| C  03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 111.39 | 74,833.24 |
| C  04/20/15 | 000101 | THOMAS L. KOLKER | PAMENT OER ORDER #21; DATED: 4/08/2015 | 3991-000 | | 18,750.00 | 56,083.24 |
| C  04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 101.34 | 55,981.90 |
| C  05/11/15 | 000102 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | Bond #016017995 | 2300-000 | | 35.22 | 55,946.68 |
| C  05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 83.18 | 55,863.50 |
| C  06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 80.35 | 55,783.15 |
| C  07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 82.91 | 55,700.24 |
| C  08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 82.78 | 55,617.46 |
| C  09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 79.99 | 55,537.47 |
| C  10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 82.54 | 55,454.93 |
| C  11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 79.76 | 55,375.17 |
| C  12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 82.30 | 55,292.87 |
| C  01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 81.95 | 55,210.92 |
| *C  02/29/16 | 000103 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | Bond #016017995 Term: 03/01/16 to 03/01/17 | 2300-003 | | 76.25 | 55,134.67 |
| C  02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 76.55 | 55,058.12 |
| *C  03/01/16 | 000103 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | Bond #016017995 WRONG INVOICE SENT. | 2300-003 | | -76.25 | 55,134.37 |
| C  03/01/16 | 000104 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | BOND # 016017995 TERM: 03/01/16 TO 03/01/17 | 2300-000 | | 44.48 | 55,089.89 |
| C  03/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 81.67 | 55,008.22 |
| C  04/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 78.90 | 54,929.32 |
| C  05/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 81.41 | 54,847.91 |
| C  06/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 78.67 | 54,769.24 |
| C  07/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 81.18 | 54,688.06 |
| C  08/11/16 | | PSM/ASL HOLDINGS | SETTLEMENT AGREEMENT | 1249-000 | 500,000.00 | | 554,688.06 |
| 08/11/16 | 3 | Asset Sales Memo: | claim in state court action D-1-GN-15-002264 $125,000.00 | | | | 554,688.06 |
| C  08/23/16 | 000105 | ALAMO STAFF LEASING, INC. | DOC. 65, 06/20/16 | 8500-000 | | 125,000.00 | 429,688.06 |
| C  08/23/16 | 000106 | TEXAS DIVERSIFICATION WORKFORCE, INC. | DOC. 65, 06/20/16 | 8500-000 | | 125,000.00 | 304,688.06 |
| C  08/23/16 | 000107 | PSM PLUS, INC. | DOC. 65, 06/20/16 | 8500-000 | | 125,000.00 | 179,688.06 |
| C  08/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 405.00 | 179,283.06 |
| C  09/22/16 | 000108 | JANET RAKOWITZ 11024 MACAWAY, #2 ADKINS, TEXAS  78101 | PAYMENT PER ORDER #75, 09/20/16 | 3410-000 | | 750.00 | 178,533.06 |
| C  09/22/16 | 000109 | Texas Property and Casualty Insurance Guaranty Ass | (2-1) Judgment | 7100-000 | | 19,947.68 | 158,585.38 |

PFORM2T4

Ver: 19.07

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 15-50092 -CAG | | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|---|
| Case Name: | TRAVEL-EASE, INC | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | ******2124 CHECKING ACCOUNTS |
| Taxpayer ID No: | ******4116 | | | |
| For Period Ending: | 03/10/17 | | Blanket Bond (per case limit): | $ 0.30 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Attn: Jay H. Ong | | | | | |
| | | Munsch Hardt Kopf & Harr, P.C. | | | | | |
| | | 303 Colorado Street #2600 | | | | | |
| | | Austin, TX 78701-3924 | | | | | |
| C 09/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 257.09 | 158,328.29 |
| C 10/17/16 | | UNITED STATES TREASURY | 940 REFUND | 1224-000 | 2.09 | | 158,330.38 |
| 10/17/16 | 5 | Asset Sales Memo: | UNITED STATES TREASURY $2.09 | | | | 158,330.38 |
| C 01/04/17 | 000110 | RANDOLPH N. OSHEROW | Chapter 7 Compensation/Fees | 2100-000 | | 13,250.10 | 145,080.28 |
| | | 342 West Woodlawn, Suite 100 | | | | | |
| | | San Antonio, TX 78212 | | | | | |
| C 01/04/17 | 000111 | RANDOLPH N. OSHEROW | Chapter 7 Expenses | 2200-000 | | 380.83 | 144,699.45 |
| | | 342 West Woodlawn, Suite 100 | | | | | |
| | | San Antonio, TX 78212 | | | | | |
| C 01/04/17 | 000112 | Texas Workforce Commission | Claim 000001, Payment 15.23135% | 7100-000 | | 22,714.89 | 121,984.56 |
| | | Regulatory Integrity Division - SAU | (1-1) Unemployment taxes | | | | |
| | | Room 556 | | | | | |
| | | 101 E. 15th Street | | | | | |
| | | Austin, TX 78778-0001 | | | | | |
| C 01/04/17 | 000113 | Texas Property and Casualty | Claim 000003, Payment 15.23135% | 7100-000 | | 121,984.56 | 0.00 |
| | | Insurance Guaranty Association | | | | | |
| | | Jay H. Ong - Munsch Hardt Kopf & Harr | | | | | |
| | | 303 Colorado Street #2600 | | | | | |
| | | Austin, TX 78701-3924 | | | | | |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| ******2124 | 5 | Deposits | 575,002.09 | 14 | Checks | 572,857.76 |
| | 0 | Interest Postings | 0.00 | 20 | Adjustments Out | 2,144.33 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 575,002.09 | | | |
| | | | | | Total | $ 575,002.09 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 575,002.09 | | | |